1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  
   TINA L. NAICKER (Cal SBN 252766)
6  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
7  Office of the General Counsel
8  Social Security Administration
   6401 Security Boulevard
9  Baltimore, MD 21235
   Telephone: (510) 970-4842
10 Attorneys for Defendant
11 
12 

JS-6

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15 

| | |
|---|---|
| VANESSA SALCEDO,<br><br>           Plaintiff,<br><br>      vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 5:25-cv-00511-JGB-JPR<br><br><br>JUDGMENT RE VOLUNTARY<br>REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(G) |

        Having approved the parties' joint stipulation to voluntary remand pursuant

to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

//

1    ADJUDGES AND DECRESS that judgment be entered for Plaintiff.

2

3

4    DATED: 8/20/2025    _____

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27